UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GILBERTO JIMENEZ AGUILAR,

Petitioner,

v.

JOSHUA JOHNSON, et al.,

Respondents.

Case No. 5:26-cv-01197-SSC

MEMORANDUM AND ORDER

On March 14, 2026, Petitioner Gilberto Jimenez Aguilar filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241.  (ECF 1.)  Petitioner is a noncitizen[1] who is in immigration detention at the Desert View Facility.  (*Id.* at 2.)

The petition alleges the following facts.  Petitioner entered the United States without inspection in 1998.  (*Id.* at 1.)  Petitioner was detained by immigration authorities on January 22, 2026.  (*Id.* at 2.)  On March 3, 2026, Petitioner filed a bond request pursuant to § 1226(a), seeking a custody redetermination before the immigration court.  (*Id.*)  On March 10, 2026, the immigration judge denied Petitioner's request, relying on *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025), and concluding that Petitioner was instead subject to mandatory

---

[1] Petitioner is a citizen of Mexico.  (ECF 1 at 1.)

detention under 8 U.S.C. § 1225(b)(2) based on the Ninth Circuit Court of Appeals order of stay issued on March 6, 2026.  (*Id.*)  At Petitioner's bond hearing, Petitioner's counsel argued that under *Maldonado Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, Petitioner should be entitled to a bond hearing under § 1226(a).  (*Id.*)  However, the IJ found that the immigration court lacked jurisdiction over Petitioner's request for custody redetermination.  (*Id.*)

The petition seeks release or, in the alternative, an order requiring Respondents to provide Petitioner with an individualized bond hearing.  (*Id.* at 27–28.)

The Court held a status conference on April 7, 2026.  (ECF 7.)  The parties have consented to proceed before this Court.  (ECF 8; ECF 9.)  At the hearing, Respondents conceded that Petitioner appears to be a member of the bond-eligible class certified in *Maldonado Bautista.  See Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, 2025 WL 3713987, at *32 (C.D. Cal. Dec. 18, 2025).  Accordingly, the Court grants the petition for the reasons stated in *Bautista*, 2025 WL 3713987, at *8–22.

## ORDER

**IT IS ORDERED** that Judgment shall be entered (1) granting the petition; and (2) enjoining Respondents from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) no later than **April 14, 2026**.

DATED: April 7, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

2