UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GILBERTO JIMENEZ AGUILAR, | Case No. 5:26-cv-01197-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| JOSHUA JOHNSON, et al., | |
| Respondents. | |

Pursuant to the Order filed concurrently herewith, **IT IS ADJUDGED** that:

1.  The petition is granted;

2.  Respondents are enjoined from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) no later than **April 14, 2026**; and

3.  The Clerk of Court is directed to close this case.

DATED: April 7, 2026

_____

HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE